U.S. District Court 3C36
Assigned 3C33/3CBI — Disp./Sentence
Writ
Juvenile
[X] Alias
U.S. vs • ALVAREZ-GONZALEZ, PABLO JOSE
~~ALVAREZ, PABLO~~ a/k/a Alvarez,
~~a/k/a ALVAREZ, JOSE PABLO~~ Pablo
Offense on Index Card: ~~THEFT OF PAINTING~~

Case Filed: Mo 05 | Day 15 | Yr 91
Docket No. 00374-~~FAM~~ KMM Highsmith
No. of Def's: 3
U.S. MAG CASE NO. 91-2716-PRP

# I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2315 & 2 | Poss of stolen merchandise, Ct I | 1 |
| 18:371 | Consp to smuggle stolen merchandise, Ct II | 1 |

SUPERSEDING COUNTS

# II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest; sum'ns; custody; appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): KEY DATE 5/15/91 — APPLICABLE
[X] Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt / Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO: KEY DATE — APPLICABLE
Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began — Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED: on S.T. grounds, W.P., WOP, on def motion, on gov't motion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

# III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | 5/7/91 | PRP/3CAB |

INITIAL APPEARANCE DATE: 5/7/91 — INITIAL/NO. PRP/3CAB
PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled 5/17/91; Date Held
WAIVED / NOT WAIVED
INTERVENING INDICTMENT
Tape Number: 91C-81-940

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: 5/7/91 — OFFENSE (In Complaint): THEFT OF PAINTING 18:371

Show last names and suffix numbers of other defendants on same indictment/information:

12025/Cat I/X

RULE: 20 / 21 / 40 / In / Out

# IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.

ORLANDO PRESCOTT

Defense: 1 [X] CJA   2 Ret.   3 Waived   4 Self   5 Non / Other   6 PD   7 CD

DEFENSE COUNSEL
KENNETH LANGE
1111 KANE CONCOURSE
SUITE 506
BAY HARBOR ISLANDS 33154
866-0400

~~Deft's address~~
~~6491 S.W. 129th Avenue~~
~~Apt. 6~~
~~Miami, FL 33183~~
~~Phone No.: 305-385-4335~~

5/28/91
Alvin E. Entin, Esq.
2450 N.E. 186th Street
Miami FL 33180
/tel: (305) 932-0550

Deft's new address
11733 SW 107 Terr.
Miami, Florida 33186
(305) 271-0779

SPANISH INTERPRETER NEEDED

**BAIL • RELEASE**

PRE-INDICTMENT
Release Date
Bail Denied; Fugitive; Pers. Rec.; PSA
AMOUNT SET: $ 250K CSB
Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other
Date Set: 5/7/91
Bail Not Made
Date Bond Made

POST-INDICTMENT
Release Date
Bail Denied; Fugitive; Pers. Rec.; PSA
AMOUNT SET: $
Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other
Date Set
Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS** ALVAREZ, JOSE PABLO (2)

| | | | |
|---|---|---|---|
| 1991 | | | |
| 05-07-91 | a | REPORT commencing criminal action. #42688-004. DOB 5/26/66. | eg |
| 05-07-91 | b | CRIMINAL complaint. | eg |
| 05-07-91 | c | ORDER (PRP) ON initial; CJA csl to be appt'd; Prelm/arr 5/17/91; Bond set @ $250,000 CSB (NO bond hrg held) (Tape #91C-81-940) | |
| 05/07/91 | d | **CJA VOUCHER #0432193 (PRP) apptg Ken Lange, Esq.** | eg ar |
| 05-14-91 | d | NOTICE of perm appearance, by Ken Lange. | eg |
| 1991 | | | |
| MAY 15 | 01 | INDICTMENT retd @ Miami, FL. | cg |
| 20 | 02 | A-GONZALEZ: GOVT'S NOTICE of appeal of bond set by Mag. | cg |
| 20 | 03 | A-GONZALEZ & A-BALTODANO: MOTION to reduce bond. | cg |
| 21 | 04 | A-GONZALEZ: GOVT'S APPEAL from Mag's Order & petn for hrg & stay order. | cg |
| 21 | 05 | A-BALTODANO: GOVT'S APPEAL from Mag's Order & petn for hrg & stay order. | cg |
| 22 | 06 | A-BALTODANO:GOVT'S NOTICE Of appeal from Mag's order setting bond. | nji |
| 23 | 07 | A-BALTODANO & A-GONZALEZ:RESPONSE TO govt's bond appeal | nji |
| 23 | 08 | A-GONZALEZ, & A-GONZALEZ:ORDER(FAM-5/23/91)DENYING govt's 5/21/91 appeals from Mag's., Johnson's 5/20/91 orders red., bond & petn. for hrg., & stay order & defts 5/22/91 resp., & the bonds are set by Mag., Johnson are approved.(EOD 5/30/91-CCAP). | nji |
| *22 | 09 | A-BALTODANO, A-GONZALEZ:RESPONSE to govt's bond appeal. | nji |
| 28 | 10 | ALVAREZ,R.I.:NOTICE of perm apr as csl. | hr |
| 28 | 11 | ALVAREZ,R.I.:ARRAIGNMENT before TEB on 5/17/91; n/g plea; csl retained; custody. | hr |
| 28 | 12 | ALVAREZ,P.J.:NOTICE of perm apr as csl. | hr |
| 28 | 13 | ALVAREZ,P.J.:ARRAIGNMENT before TEB on 5/17/91;n/g plea; custody. | hr |
| 28 | 14 | DIMITROFF:ARRAIGNMENT before TEB on 5/17/91;n/g plea;on bond; csl retained. | hr |
| 28 | 15 | ALL DEFTS:SDO(TEB 5/17/91) | hr |
| 28 | 16 | DIMITROFF:MOTION,unopp, to change address. | hr |
| JUNE 7 | 17 | ALL DEFTS: GOVT'S response to SDO. | ser |
| 11 | 18 | DIMITROFF: EMERGENCY MOTION for leave to travel. | ser |
| 13 | 19 | DIMITROFF: UNOPPOSED Emergency mot for modifications of bond conditions by deft. | ak |
| 13 | 20 | ALVAREZ, R.: ORDER (LRJ 5/20/91) on Bond mot. Bond set at $250,000. PSB & $50,000. CSB. Stayed to 5/21/91 pending govt appeal. (EOD 6/17/91 CCAP). | ak |
| 13 | 21 | ALVAREZ, P.: ORDER (LRJ 5/20/91) on Bond mot. BOND set at $200,000. PSB & $25,000. CSB. Stayed to 5/21/91 pending govt appeal. (EOD 6/17/91 CCAP). | ak |
| 13 | 22 | ALVAREZ, R.: APPEARANCE Bond posted in the sum of $50,000. CSB. | ak |
| 13 | 23 | ALVAREZ, R.: APPEARANCE Bond posted in the sum of $250,000. PSB. | ak |
| 13 | 24 | ALVAREZ, P.: APPEARANCE Bond posted in the sum of $25,000. CSB. | ak |
| 13 | 25 | ALVAREZ, P.: APPEARANCE Bond posted in the sum of $250,000. PSB. | ak |
| 13 | 26 | DIMITROFF: ORDER (FAM 6/13/91) GRANTING deft's Emer Mot for leave to travel to Orlando and Sarasota on 6/13/91. (EOD 6/17/91 CCAP). | ak |
| 18 | 27 | ALL DEFTS: ORDER(FAM 6/18/91) setting trl 2wks 7/1/91;cal call at 2pm on 6/25/91 (EOD 6/24/91 CCAP) | hr |
| 19 | 28 | GONZALEZ & BALTADANO:MOTION to travel. | hr |

CONTINUED TO PAGE 2

CRIMINAL DOCKET U.S. District Court

| | | | | | | |
|---|---|---|---|---|---|---|
| Misd. / Felony | District: 113C | Off: 1 | Assigne: 3C35 3C36 / 3C33/3CBI | Judge/Magistr / Disp /Sentence | WRIT / JUVENILE / [X] ALIAS | OFFENSE ON INDEX CARD |

U.S. VS. (LAST, FIRST, MIDDLE)

ALVAREZ-BALTODANO, ROBERTO IVAN
~~ALVAREZ, ROBERTO~~
a/k/a ALVAREZ, IVAN ~~ROBERTO~~
~~THEFT of PAINTING~~

Case Filed: Mo 05 Day 15 Yr 91

No. of Def's: 3

Docket No.: 00374-~~FAM~~-2 KMM

U S MAG CASE NO: 91-2716-PRP

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2315 & 2 | Poss of stolen merchandise, Ct I | 1 |
| 18:371 | Consp to smuggle stolen merchandise, Ct II | 1 |

DISM / NG [redacted]

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears – on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 5/15/91 — APPLICABLE: [X] Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40 b) Receive file R20/21 c) Supsdg: Ind't Inf d) Order New trial e) Remand f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal / Pled guilty / Nolo — After N.G. / After nolo / Trial (voir dire) began / Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | on S.T. grounds / W.P. / WOP / on def motion / on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. |
|---|---|---|
| Search Warrant — Issued | | |
| Search Warrant — Return | | |
| Summons — Issued | | |
| Summons — Served | | |
| Arrest Warrant Issued | | |
| COMPLAINT | 5/7/91 | PRP/3CAB |

INITIAL APPEARANCE DATE: 5/7/91 — INITIAL/NO.: PRP/3CAB

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled: 5/17/91 — Date Held:

WAIVED / NOT WAIVED — Tape Number: 91C-81-940

INTERVENING INDICTMENT

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: 5/6/91

OFFENSE (In Complaint): THEFT OF PAINTING 18:371

Show last names and suffix numbers of other defendants on same indictment/information:

12025/Cat I/X

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst

ORLANDO PRESCOTT

Defense: 1 CJA. 2 [X] Ret. 3 Waived. 4 Self. 5 Non / Other. 6 [X] PD. 7 CD

DEFENSE COUNSEL

~~FEDERAL PUBLIC DEFENDER~~
~~301 N. MIAMI AVENUE~~
~~MIAMI, FLORIDA 33128~~
~~536-6900~~

DEFT ADDRESS
11733 SW 107 TERR.
MIAMI, FL 33186
(305) 271-0779

ATTY:THOMAS SCLAFANI
200 S. Biscayne Blvd.
Miami,FL 33131
577-4444 5/28/91

SPANISH INTERPRETER NEEDED

BAIL • RELEASE

PRE INDICTMENT

Release Date:

Bail Denied / Fugitive / Pers. Rec. / PSA

AMOUNT SET: $ 250K CSB

Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

Date Set: 5/7/91

Bail Not Made

Date Bond Made:

POST-INDICTMENT

Release Date:

Bail Denied / Fugitive / Pers. Rec. / PSA

AMOUNT SET: $

Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

Date Set:

Bail Not Made

Date Bond Made:

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE | DOCUMENT NO. | MASTER DOCKET · MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY

(OPTIONAL) Show last names of defendants

V. PROCEEDINGS ALVAREZ, IVAN ROBERTO (3)

| Date | Doc. | Proceedings | |
|---|---|---|---|
| 1991 | | | |
| 05-06-91 | a | REPORT commencing criminal action. #42690-004. DOB 12/21/36. | eg |
| 05-07-91 | b | CRIMINAL complaint. | eg |
| 05-07-91 | c | ORDER (PRP) ON initial; FPD appt'd; Prelm/arr 5/17/91; Bond set @ $250,000 CSB (No hrg held) (Tape #91C-81-940) | eg |
| 1991 | | | |
| JUN 21 | 29 | A-GONZALEZ:CJA20(FAM 6/19/91) auth pay amt $1,160.00 to Kenneth Lange, Esq. #0432193 (EOD 6/26/91 ) | hr |
| 24 | 30 | GONZALEZ & BALTODANO:MOTION cont trl. | hr |
| 24 | 31 | ALL DEFTS:GOVT suppl resp to SDO. | hr |
| 25 | 32 | DIMITROFF:ORDER(FAM 6/25/91) DENYING w/o prej unopp emerg mot modify bond conditions ;GRANTING mot to change address; DENYING exparte mot for investigative costs & to hire experts (EOD 6/26/91 CCAP) | hr |
| 25 | 33 | GONZALEZ & BALTODANO: ORDER(FAM 6/25/91) GRANTING mot for permission to travel (EOD 6/26/91 CCAP) | hr |
| 28 | 34 | ALL DEFT:ORDER(FAM 6/28/91) GRNTING mot of Alvarez's cont trl to 11/4/91;cal call on 11/4/91 at 2pm; s/t excl from 6/24/91 to 11/15/91 (EOD 7/3/91 CCAP) | hr |
| 28 | 35 | DIMITROFF:MOTION,renewed modify bond conditions. | hr |
| JUL 1 | 36 | DIMITROFF:ORDER(FAM 7/1/91) setting hrg on 7/11/91 at 9am on mot modify bond (EOD 7/3/91 CCAP) | hr |
| 10 | 37 | DIMITROFF:NOTICE of filing exh in supp renewed mot modify bond. | hr |
| * 9 | 38 | DIMITROFF:CJA20 appt csl Naphtali Wacks;voucher #432227. | hr |
| 15 | 39 | DIMITROFF:MINUTES of hrg held 7/11/91 re modify bond conditions re travel. | ks |
| 15 | 40 | DIMITROFF:ORDER (FAM 7/15/91) GRANTING IN PART renewed mot for modif of bond conditions; def may travel in FL for business purposes upon notif to PTS; must file mot for travel outside FL (EOD 7/24/91 - CCAP). | ks |
| 24 | 41 | DIMITROFF:NOTICE of address change for csl. | hr |
| 25 | 42 | DIMITROFF:SEALED document. | hr |
| AUG 5 | 43 | DIMITROFF: NOTICE of vacation of csl for Deft. | ser |
| 19 | 44 | DIMITROFF:SEALED document. | hr |
| **OCT 09** | **45** | **ALL DEFTS: ORDER(FAM 10/3/91) REASSIGNING case to cal of Judge Highsmith for all further proceedings. (EOD 10/10/91ccap).** | AGD |
| 28 | 46 | SEALED Document in VAULT | msf |
| 30 | 47 | GONZALEZ & BALTODANO: MOTION continue trl | msf |
| NOV 1 | 48 | ALL DEFTS : MINUTES of cal call. Cs cont to 12/2/91 | msf |
| 7 | 49 | GONZALEZ & BALTODANO: MOTION to travel | msf |
| 15 | 50 | GONZALEZ, BALTODANO: ORDER (SH 11/14/91) GRANTING m/travel to Arlington, VA from 11/23/91 to 12/1/91.(EOD 11/20/91 CCAP) | ser |
| 15 | 51 | GONZALEZ,BALTODANO: ORDER (SH 11/14/91) GRANTING unopposed m/cont trl to 12/2/91, cal call 11/27/91 @ noon, exclud time from 11/1/91 to commencement of trl. (EOD 11/20/91 CCAP) | ser |
| 26 | 52 | GONZALES & BALTODANO: MOTION to take depo of foreign witness M/cont of trial w/memo | rs |

CONT'D

CONTINUED TO PAGE ___

CRIMINAL DOCKET U.S. District Court

| | |
|---|---|
| Magistrate No. | 1130 |
| Assigned | ~~3C33~~ 3CBL |
| WRIT / JUVENILE / ALIAS | [X] ALIAS |
| U.S. vs (LAST, FIRST, MIDDLE) | DIMITROFF, DIMITER MICHAEL<br>~~DIMITROFF, MICHAEL D.~~<br>a/ka Dimitroff, Michael |
| OFFENSE ON INDEX CARD | THEFT OF PAINTING |
| Case Filed (Mo. Day Yr) | 05 15 91 |
| No. of Def's | 3 |
| Docket No. / Def. | 00374-~~FAM~~-3 ~~SH~~ KMM |
| U.S. MAG CASE NO | 91-2716-PRP |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2315 & 2 | Poss of stolen merchandise, Ct I | 1 |
| 18:371 | Consp to smuggle stolen merchandise, Ct II | 1 |

DISM / NG [redacted]

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE / APPLICABLE: 5/15/91

[X] Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE / APPLICABLE: Dismissal; Pled guilty / Nolo — After N.G. / After nolo; Trial (voir dire) began — Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. |
|---|---|---|
| Search Warrant — Issued | | |
| Search Warrant — Return | | |
| Summons — Issued | | |
| Summons — Served | | |
| Arrest Warrant Issued | | |
| COMPLAINT | 5/7/91 | PRP/3CAB |

| | | INITIAL/NO. |
|---|---|---|
| INITIAL APPEARANCE DATE | 5/7/91 | PRP/3CAB |
| PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | 5/6/91 | |
| Date Held | | |
| WAIVED / NOT WAIVED | Tape Number | 91C-81-940 |
| INTERVENING INDICTMENT | | |

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: 5/6/91

OFFENSE (In Complaint): THEFT OF PAINTING 18:371

Show last names and suffix numbers of other defendants on same indictment/information:

12025/Cat IX

RULE: 20 21 40 In Out

## ATTORNEYS

U.S. Attorney or Asst

ORLANDO PRESCOTT

Defense: 1 [X] CJA. 2 Ret 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

DEFENSE COUNSEL

NAPHTALI WACKS
P.O. BOX ~~011994~~
~~MIAMI, FLORIDA 33101~~
~~460-3295~~

Deft.'s address
31-30 S.W. 27 Avenue #20
Miami, Fl. 33133
559-5042

New address 5/22/92:
20801 Biscayne Blvd Ste 400
Aventura, Fl., 33180
(305) 460-3293
FBN# 477400

DEFT: 1096 SW 134th Court
Miami, FL 33184 5/28/91

NEW COUNSEL (6/12/92):
William A. Meadows, Jr.
11820 S.W. 70th Avenue
Miami, FL 33156

NO INTERPRETER NEEDED

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

## BAIL • RELEASE

PRE-INDICTMENT

Release Date: 5/16/91

Bail Denied; Fugitive; [X] Pers. Rec.; PSA

AMOUNT SET: 75K; $ ~~250K-CSB~~

Conditions: [X] 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other

Date Set: ~~5/7/91~~ 5/13/91

Bail Not Made

Date Bond Made: 5/16/91

POST-INDICTMENT

Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA

AMOUNT SET $

Date Set; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other

Bail Not Made; Date Bond Made

FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

DATE | DOCUMENT NO. | 91-0374-Cr-KMM | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS** DIMITROFF, MICHAEL D.(4)

| DATE | DOC. NO. | PROCEEDINGS | |
|---|---|---|---|
| 1991 | | | |
| 05-06-91 | a | REPORT commencing criminal action. #42689-004. DOB 8/10/44. | eg |
| 05-07-91 | b | CRIMINAL complaint. | eg |
| 05-07-91 | c | ORDER (PRP) ON initial; CJA csl to be appt'd; Prelm/arr 5/17/91. Bond set @ $250,000 CSB (No bond hrg held) (Tape #91C-81-940) | eg |
| 5/13/91 | d | ORDER(TEB5/13/91) bond modified to a $75KPSB w/10% co-signed by mother deft. maintain residence; surrender travel documents; Rpt. PTS 1xperson wkly; 91D-105-480. | caf |
| 5/16/91 | e | APPEARANCE bond posted in amt of $75KPSB w/10% . | caf |
| 1991 NOV 29 | 53 | ALL DEFTS: MINUTES of Cal. call held 11/27/91; case cont'd., to be reset March, 1992 | rs |
| Dec 11 | 54 | GONZALES & BALTODANO: ORDER(SH 12/10/91) Motion to take foreign dep GRANTED. Motion to cont trial GRANTED. & trial cont'd to cal comm 3/2/91. Cal call 2/28/92 at noon. Excl time 12/10/91 to 3/2/92.(EOD 12/20/91-CCAP). | dmt |
| 13 | 55 | GONZALES & BALTODANO: GOVT'S resp to motion to take foreign witness & memo. | dmt |
| 17 | 56 | ALL DEFTS: NOTICE of change of trial dates. trial 3/9/92@9AM. Cal call on 3/6/92 at noon. | dmt |
| 19 | 57 | GONZALES & BALTODANO: ORDER(SH 12/19/91) Motion to travel GRANTED. (EOD 12/20/91-CCAP). | dmt |
| 13 | 58 | GONZALES & BALTODANO: MOTION to travel. | dmt |
| 1992 JAN 27 | 59 | GONZALEZ & BALTODANO: MOTION to travel | msf |
| FEB 3 | 60 | GONZALES,BALTODANO: ORDER (SH-2/3/92) granting M/travel (EOD 2/4/92-CCAP) | msf |
| 7 | 61 | GONZALES,ALVAREZ: MOTION to compel | msf |
| 25 | 62 | A-GONZALEZ: GOVT'S SUPPL resp to SDO. agd | msf |
| 28 | 63 | DIMITROFF: NOTICE of unavailability of csl 3/12/92 thru 3/16/92 | msf |
| MAR 4 | 64 | DIMITROFF: MOTION for production of presentence rpt of Orli Biegel and mems/supp | msf |
| 6 | 65 | ALL DEFTS: ORDER (SH-3/6/92) **reassigning case to the calendar of judge K. Michael Moore for all further proceedings** (EOD-3/10/92-CCAP) | msf |
| 11 | 66 | ALL DEFTS: RE-NOTICE (clk) of trl set for 3/23/92 @ cal call for 3/17/92 @ 1:15. | vf |
| 16 | 67 | A-GONZALEZ&A-BALTODANO: REPLY to govt's resp to M/prod of p/s/i rpt & psych record of Orli Biegel. | vf |
| 16 | 68 | A-BALTODANO: MOTION to adopt M/prod of p/s/i rpt of Orli Biegel. | vf |
| 17 | 69 | DIMITROFF: GOVT'S RESPONSE to mot for prod of p/s/i rpt & psych record of Orli Beigel. | dr |
| 18 | 70 | A-GONZALEZ: MOTION to adopt mot for prod of p/s/i rpt of Orli Biegel. | dr |
| 18 | 71 | A-GONZALEZ & A-BLATODANO: ORDER (KMM-3/18/92) DENYING dfts M/production & M/continuance (EOD-3/30/92-CCAP) | rs |
| 25 | 72 | A-GONZALEZ & A-BLATODANO: MOTION to unseal Orli Beigel's sentencing memorandum | rs |
| APR 02 | 73 | A-GONZALEZ: SEALED doc in vault. | dr |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs
AO 256A

ALVAREZ-GONZALEZ, PABLO JOSE, et al

91-00374-CR-KMM
Yr. Docket No. Def.

| DATE | | (Document No.) PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| MAR | 31 | 74 BALTODANO: ORDER(SH-3/30/92) vacating appt of FPD as csl (EOD-4/7/92-CCAP) | | msf | | |
| APR | 2 | 75 BALTODANO, A-GONZALEZ: MOTION to seal witness Beigel's sealed response to emergency M/unsela sentencing memo | | msf | | |
| | 3 | 76 A-GONZALEZ,BALTODANO: ORDER (KMM-4/2/92) granting M/seal resp to emergency M/unseal (EOD-4/7/92-CCAP) | | msf | | |
| | 3 | 77 A-GONZALEZ,BALTODANO: UNSEALED & REDACTED Sentencing memo of Orli Beigel | | msf | | |
| | 6 | 78 ALL DEFTS: GOVT RESPONSE TO SDO (Third Supplemental) | | msf | | |
| | 8 | 79 A.BALTODANO,A-GONZALEZ: EMERGENCY MOTION to unseal remainder of Orli Beigel's sentencing memorandum and pldg filed by Neil Schuster, Esq. | | msf | | |
| | 8 | 80 ALVAREZ: MOTION for pre-trial concerence in limine & memo/supp | | msf | | |
| | 13 | 81 A.BALTODANO,A-GONZALEZ: RESPONSE to emergency M/unseal remainder of Orli Beigel's sentencing memo,etc. by witness Orli Beigel | | msf | | |
| | 14 | 82 A.BALTODANO,A-GONZALEZ: GOVT RESPONSE to M/unseal remainder of Orli Beigel's sentencing memo and pldgs. | | msf | | |
| | 14 | 83 A.GONZALEZ: GOVT RESPONSE to M/pre-trial conference in limine | | msf | | |
| | 16 | 84 A.BALTODANO,A.GONZALEZ: ORDER (KMM4/16/92) **denying** M/unseal remainder of Orli Beigel's sentencing memo (EOD-4/17/92-CCAP) | | msf | | |
| | 17 | 85 DIMITROFF: JURY vd quest (prp). | | | | vf |
| | 20 | 86 ALL DEFTS: MINUTES, day #1 j/t held 4/20/92. | | | | vf |
| | 21 | 87 LEONARDOS: MINUTES, change of plea, GUILTY as to Ct 1, held 4/21/92. | | | | vf |
| | 21 | 88 LEOMARDOS: NOTICE of sent set for 6/22/92 @ 10:30. | | | | vf |
| | 22 | 89 ALL DEFTS: MEMO in supp of admitting expert test. | | | | vf |
| | 22 | 90 ALL DEFTS: MINUTES of Day #2 j/t held 4/21/92. | | | | vf |
| | 23 | 91 ALL DEFTS: MINUTES of Day #3 j/t held 4/22/92. | | | | vf |
| | 23 | 92 ALL DEFTS: MINUTES of Dat #4 j/t held 4/22/92. | | | | vf |
| | 23 | 93 BALTODANO&GONZALEZ: VOIR dire questions (req). | | | | vf |
| | 23 | 94 ALL DEFTS: COURT'S jy instr. | | | | vf |
| | 23 | 95 DIMITROFF: VERDICT, GUILTY as to Cts 1 & 2, ret'd 4/23/92. | | | | vf |
| | 23 | 96 A-GONZALEZ: VERDICT, GUILTY as to Cts 1 & 2, ret'd 4/23/92. | | | | vf |
| | 23 | 97 A-BALTODANO: VERDICT, GUILTY as to Cts 1 & 2, retd 4/23/92. | | | | vf |
| | 23 | 98 A-GONZALEZ: NOTICE of sent held 6/29/92 @ 9:00. | | | | vf |
| | 23 | 99 A-BALTODANO: NOTICE of sent date set for 6/29/92 @ 9:00. | | | | vf |
| | 23 | 100 DIMITROFF: NOTICE fo sent date set for 6/29/92 @ 9:00. | | | | vf |
| MAY | 21 | 101 ALVAREZ: MOTION for jgm of acquittal & inc memo. | | | | vf |
| | 22 | 102 DIMITROFF: NOTICE of change of address of csl. | | | | vf |
| | 22 | 103 DIMITROFF: MOTION for new trl & inc memo. | | | | vf |
| | 22 | 104 BALTODANO&GONZALEZ: MOTION for new trl & inc memo. | | | | vf |
| JUNE | 2 | 105 BALTODANO&GONZALEZ: SUPPLEMENT to M/new trl & inc memo. | | | | vf |
| | 3 | 106 DIMIDTROFF: MOTION for wd of csl. | | | | vf |
| | 8 | 107 DIMITROFF: CJA 21 (KMM-4/6/92) Auth to pay for expert svcs amt $367.20 VO# 0203740 (EOD-6/8/92-CCAP). | | | | vf |
| JUNE | 12 | 108 DIMITROFF: CJA 20 (KMM 6/12/92) APPT of William Meadows, Esq. Voucher # 0524627 (EOD 6/17/92)CCAP | | | | dr |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

91-374-CR

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| JUNE 17 | 109 A-GONZALEZ: NOTICE of change of address of Deft. | | | | dr |
| * 12 | **110 DIMITROFF: ORDER (KMM 6/12/92) granting mot to w/draw as cnsl by Naphtali Wacks and appointing William Meadows as cnsl for further proceedings.(EOD 6/25/92)CCAP** | | | | **dr** |
| *MAY 22 | **111 DIMITROFF: ADDENDUM to mot for new trl.** | | | | **dr** |
| JUNE 23 | 112 DIMITROFF: MOTION to cont sent. | | | | dr |
| 24 | 113 A-GONZALEZ: OBJECTIONS to p/s/i. | | | | dr |
| 25 | 114 DIMITROFF: ORDER (KMM 6/25/92) **granting** mot for cont of sent. Sentencing reset for 7/20/92 @ 2:30.(EOD 6/30/92)CCAP | | | | dr |
| 26 | 115 A-BATODANO, A-GONZALEZ: GOVT'S RESPONSE to mot for new trl or jgm of acquittal. | | | | dr |
| 29 | 116 A-GONZALEZ: MINUTES of sentencing held 6/29/92. | | | | dr |
| 29 | 117 A-BALTODANO: MINUTES of sentencing held 6/29/92. | | | | dr |
| 29 | 118 A-GONZALEZ: J & C (KMM 6/29/92) Defendant committed for 18 mos as cnts I-II concurrently. 2 yrs supervised release as to cnts I-II concurrently. $100.00 assessment. (EOD 6/30/92)CCAP/M | | | | dr |
| 29 | 119 A-BALTODANO: J & C (KMM 6/29/92) Defendant committed for 18 mos as to cnts I-II concurrently. 2 yrs supervised release as to cnts I-II concurently. $100.00 assessment. (EOD 6/30/92)CCAP/M | | | | dr |
| 29 | 120 A-GONZALEZ: MOTION for bnd pending appeal. | | | | dr |
| 29 | 121 A-BALTODANO: MOTION to adopt mot for appellate bnd. | | | | dr |
| 30 | 122 A-BALTODANO,A-GONZALEZ: ORDER (KMM 6/30/92) **denying** Defts' mot for jgm of acquittal.(EOD 7/2/92)CCAP | | | | dr |
| JULY 9 | 123 A-BALTODANO: NOTICE OF APPEAL from J&C entered 6/30/92. (Fee Paid #613684).(Copies to USCA, AUSA, USM USPO & Csl of record). | | | | wo |
| | 124 A-GONZALEZ: NOTICE OF APPEAL from J&C entered 6/30/92. (FEE PAID #613685)(Copies to USCA, AUSA, USM, USPO and Csl of record). | | | | wo |
| 14 | 125 DIMITROFF: MOTION for cont of sent. | | | | cg |
| 17 | 126 DIMITROFF: ORDER (KMM 7/17/92) **granting** mot for cont of sent. Sent reset for 8/12/92 @ 8:15.(EOD 7/21/92)CCAP | | | | dr |
| **17** | **--- A-BALTODANO: USCA ack receipt of NOA. (USCA #92-4644)** | | | | **ea** |
| **22** | **--- A-GONZALEZ: USCA ack receipt of NOA. (USCA #92-4644)** | | | | **ea** |
| AUG 11 | 127 DIMITROFF: GOVT'S MOTION to cont sentencing. | | | | dr |
| 12 | 128 DIMITROFF: MINUTES of sent held 8/12/92. | | | | dr |
| 12 | 129 DIMITROFF: J & C (KMM 8/12/92) 18 months of imprisonment as to cnts 1 & 2 to run concurrently, 2 years supervised rls as to cnts 1 & 2 to run concurrently and $100.00 special assessment. (EOD 8/14/92)CCAP/M | | | | dr |
| 14 | 130 A-BALTODANO & A-GONZALEZ: EMERGENCY MOTION for ext time of surr date. | | | | dr |
| 14 | 131 A-BALTODANO & A-GONZALEZ: ORDER (KMM 8/14/92) **granting** mot for ext time of surr date. Defendants shall surr on 9/14/92.(EOD 8/17/92)CCAP | | | | dr |
| 18 | 132 DIMITROFF: ORDER (KMM 8/18/92) **denying** mot for new trl & addendum.(EOD 9/1/92)CCAP | | | | |
| **SEP 11** | **133 A-BALTODANO & A-GONZALEZ: ORDER(USCA-9/11/92) REMANDING for the limited purpose of entry by the District Court of a written order statting the reasons for denial of release. (USCA #92-4644) (Copy to Judge).** | | | | ea |
| 11 | --- A-BALTODANO & A-GONZALEZ: ENVELOPE CONTAINING PRE-SENTENCE REPORT. | | | | vp |

(a) Interval (per Section II) (b) Start Date / End Date (c) Ltr. Code (d) Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U. S. vs
ALVAREZ-GONZALEZ, PABLO JOSE, et al.

91-374-CR-KMM
Yr. | Docket No. | Def.

AO 256A

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| SEPT | 11 | 134 A-BALTODANO & A-GONZALEZ: EMERGENCY MOTION for ext of surrender date. | | | | dr |
| | 11 | 135 A-BALTODANO & A-GONZALEZ: ORDER (KMM 9/11/92) **granting** emerg mot for ext of surr date. Surr date reset for 9/28/92. (EOD 9/16/92)CCAP | | | | dr |
| | 17 | 136 A-GONZALEZ: MOTION to w/d and to have Deft declared indigent for appeal. | | | | dr |
| | 17 | 137 A-BALTODANO: MOTION to w/draw & to have Deft declared indigent for appeal. | | | | dr |
| | 24 | 138 A-BALTODANO & A-GONZALEZ: MOTION for ext of surrender date. | | | | dr |
| | 28 | 139 A-BALTODANO & A-GONZALEZ: ORDER (KMM 9/28/92) **granting** mot for ext of surrender date. Reset to 10/28/92.(EOD 10/6/92)CCAP | | | | dr |
| | 30 | 140 A-BALTODANO & A-GONZALEZ: ORDER (KMM 9/30/92) **denying** bond pending appeal.(EOD 10/6/92)CCAP | | | | dr |
| | 30 | 141 A-BALTODANO & A-GONZALEZ: TRANSCRIPT of hrg on pending motions held 6/29/92 befor KMM. | | | | dr |
| OCT | 2 | 142 A-GONZALEZ: ORDER (KMM 10/2/92) **granting** mot for Alvin E. Entin to w/draw as atty and appointing FPD as atty.(EOD 10/6/92)CCAP | | | | dr |
| | 2 | 143 A-BALTODANO: ORDER (KMM 10/2/92) **granting** mot for Thomas D. Sclafani to w/draw as atty and appointing FPD as atty.(EOD 10/6/92)CCAP | | | | dr |
| NOV | 6 | 144 GONZALEZ & BALTODANO: ORDER (KMM 11/6/92) **granting** mot to ext surrender date. Surr date ext until 14 days after USCA rules on mot for bnd pending appeal.(EOD 11/10/92)CCAP | | | | dr |
| | 6 | 145 GONZALEZ & BALTODANO: MOTION to ext surrender date. | | | | dr |
| | 17 | 146 GONZALEZ & BALTODANO: RENEWED MOTION to ext surrender date. | | | | dr |
| | 20 | 147 A-GONZALEZ & A-BALTODANO: ORDER (KLR 11/20/92) **granting** mot to extend surrender date.(EOD 11/23/92)CCAP | | | | dr |
| DEC | 10 | 148 A-GONZALEZ & A-BALTODANO: MOTION to permit travel. | | | | dr |
| | 14 | 149 A-GONZALEZ & A-BALTODANO: ORDER (KMM 12/14/92) **granting** mot to permit travel from 12/20/92 to 1/10/93.(EOD 12/18/92)CCAP | | | | dr |
| | 15 | 150 ALVAREZ, A-BALTODANO & DIMITROFF: TRANSCRIPT of trial proceedings on 4/20/92, pgs. 1-165. | | | | ps |
| | 15 | 151 ALVAREZ, A-BALTODANO & DIMITROFF: TRANSCRIPT of trial proceedings on 4/21/92, pgs. 166-460. | | | | ps |
| | 15 | 152 ALVAREZ, A-BALTODANO & DIMITROFF: TRANSCRIPT of trial proceedings on 4/22/92, pgs. 461-640. | | | | ps |
| | 16 | 153 A-BALTODANO: TRANSCRIPT of proceedings on 6/29/92, pgs. 1-37. | | | | ps |
| 1993 | | | | | | |
| JAN | 8 | 154 A-GONZALEZ: CJA 24 (KMM 1/5/93) auth to pay $2,013.00 for transcripts. Voucher # 74184. | | | | dr |
| | 8 | 155 A-BALTODANO: CJA 24 (KMM 1/5/93) auth to pay $27.00 for transcripts. Voucher #74185. | | | | dr |
| | 20 | 156 A-GONZALEZ: MOTION to auth preparation of transcripts. | | | | dr |
| | 22 | 157 A-GONZALEZ: ORDER (KMM 1/22/93) **granting** mot to auth prep of transcripts.(EOD 1/27/93)CCAP | | | | dr |
| | 25 | 158 A-GONZALEZ: GOVT'S RESPONSE to mot for auth to prep transcripts. | | | | dr |
| Feb | 1 | **159 ALL DEFTS: TRANSCRIPT (excerpt) of Govt's opening stmt on 4/20/92, pgs 1-11.** | | | | cs |
| | 1 | **160 ALL DEFTS: TRANSCRIPT (excerpt) of chrg conf & Govt closing on 4/22/92, pgs 1-46.** | | | | cs |
| | 1 | **161 ALL DEFTS: TRANSCRIPT (excerpt) of court's instructions on 4/23/92, pgs 1-40.** | | | | cs |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

91-374-CR

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1993 FEB 2 | 162 DIMITROFF: CJA 20 (KMM 11/13/92) auth to pay William Meadows $1,998.00. Voucher #524627.(EOD 2/2/93) | | | | dr |
| 4 | -- **A-GONZALEZ & A-BALTODANO: <u>CERTIFICATE OF READINESS</u> transm to USCA. (92-4644).** | | | | vp |
| 12 | -- **A-GONZALEZ & A-BALTODANO: USCA ack receipt of cert of readiness of ROA (USCA #92-4644).** | | | | cs |
| 17 | 163 A-GONZALEZ: CJA 24 (KMM 2/3/93) auth to pay $282.00 for transcripts. Voucher #75009. | | | | dr |
| SEP 8 | --- **A-GONZALEZ: <u>RECORD ON APPEAL</u> transm to USCA consisting of 1 vol pldgs., 8 vol transc.,& 2 PSI's. (USCA 92-4644).** | | | | vp (gi |
| 28 | -- **A-GONZALEZ & A-BALTODANO: USCA ack receipt of ROA (1 vol pldgs, 8 vols transc, & 1 envelope containing 2 PSIs) (USCA #92-4644).** | | | | cs |
| 1994 | | | | | |
| Feb 4 | **164 A-BALTODANO: MANDATE (USCA-1/31/94) AFFIRMING jdmt of Dist Court (USCA #92-4644) (9 vols & 1 sealed envelope exhs ROA ret'd) (Copy to Judge).** | | | | cs |
| JUNE 20 | 165 A-BALTODANO & A-GONZALEZ: GOVT'S Request to enter Order on Mandate. | | | | co |
| JUNE 22 | 166 A-BALTODANO & A-GONZALEZ: ORDER (KMM-6/22/94) Mandate of USCA is made Order of this Court. (EOD 6/30/94) CCAP | | | | co |
| JULY 20 | 167 A-BALTODANO & A-GONZALEX: MOTION to Extend Surrender Date. | | | | co |
| JULY 22 | 168 A-BALTODANO: ORDER (KMM-7/22/94) GRANTED Motion to Extend Surrender Date shall surrender to the designated place of confinement on 8/15/94, prior to noon (EOD-7/27/94) CCAP | | | | co |
| JULY 22 | 169 A-GONZALEZ: ORDER (KMM-7/22/94) GRANTED Motion to Extend Surrender Date shall surrender to the designated place of confinement on 9/26/94, prior to noon (EOD 7/27/94) CCAP | | | | co |
| JULY 25 | 170 A-BALTODANO: LETTER to Judge from Department of Justice RE: Designated Institution for confinement Eglin Air Force Base. | | | | co |
| AUG 12 | 171 A-BALTODANO: RENEWED MOTION to extend surrender date. | | | | co |
| AUG 18 | 172 A-BALTODANO: ORDER (KMM-8/18/94) GRANTED Defendant's Renewed Motion to Extend Surrender Date shall surrender to the designated place of confinement on 9/14/94, prior to noon (EOD 9/1/94) CCAP | | | | co |
| SEPT 20 | 173 A-BALTODANO: J&C Returned Executed Voluntary Surrender 9/14/94 to Federal Prison Camp-Eglin, Eglin AFB, FL. | | | | co |
| OCT 4 | 174 A-GONZALEZ: J&C Returned Executed Voluntary Surrender 9/26/94 to Intensive Confinement Center at Lewisburg, Pennsylvania. | | | | co |
| OCT 5 | 175 DIMITROFF: J&C Returned Executed Defendant delivered to Federal Prison Camp, Eglin AFB, Florida | | | | co |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

ALVAREZ-GONZALEZ, PABLO JOSE, et al

AO 256A

91-374-CR-KMM

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1996 | | | | | |
| Mar 18 | 176 ALVAREZ-GONZALEZ,P: UNOPPOSED Motion to travel to Managua, Nicaragua. | | | dmt | |
| Mar 21 | 177 ALVAREZ-GONZALEZ,P: ORDER (KMM-3/21/96) GRANTING Deft's Motion to Travel to Managua, Nicaragua (EOD-4/3/96-CCAP). | | | co | |
| May 1 | 178 DIMITROFF, M: GOVT'S Motion for Reduction fo Sentence pursuant to Fed. R. Crim. P. 35(b). | | | co | |
| May 13 | 179 DIMITROFF: NOTICE of Hearing on Govt's Motion for Reduction of Sentence to be held before Judge K. Michael Moore on 5/17/96 at 9:00 a.m. | | | co | |
| May 23 | 180 NOTICE of Permanent Appearance as Counsel of Record for defendant Michael Dimitroff comes now Albert A. A. Cartenuto, III, Esq. | | | co | |
| May 24 | 181 DIMITROFF, M: ORDER (KMM-5/24/96) GRANTING Govt's Motion pursuant to Rule 35 (b), and the Deft's Sentence shall be REDUCED as follows: reduced to (12) MONTHS as to of Counts 1 and 2, to run concurrently with each other. Supervised Release term of (2) years. Assessment of $100.00 remains the same (EOD-5/31/96-CCAP). | | | co | |
| **Jun 10** | **182 DIMITROFF: <u>NOTICE OF APPEAL</u> from order reducing sent entered 5/31/96 (FEE NOT PAID) (Copies to USCA, USM, USPO, csl of record).** | | | **cs** | |
| Jun 26 | 183 DIMITROFF: SEALED DOCUMENT placed in VAULT. | | | co | |
| Jun 27 | 184 DIMITROFF: SEALED DOCUMENT placed in VAULT. | | | co | |
| July 3 | 185 DIMITROFF: SEALED DOCUMENT placed in VAULT. | | | co | |
| June 14 | -- DIMITROFF: FEES for a notice of Appeal **PAID** receipt #663907. | | | ep | |
| 28 | -- DIMITROFF: USCA ack receipt of NOA (USCA #96-4774). | | | ep | |
| July 3 | 186 DIMITROFF: MOTION by Deft for discharge of Surity. | | | ep | |
| 8 | 187 DIMITROFF: ORDER (KMM 7/8/96) GRANTING Deft's Motion (DE #186) for Discharge of Surity in the amt of $7,500.00 with accrued int earned from 5/16/91 thru the date upon which this order is ~~intered~~. | | | ep | |
| July 26 | 188 DIMITROFF: J&C Returned Executed (Copy) Defendant delivered to FPC Maxwell AFB, AL. | | | co | |
| Sept 20 | 189 DIMITROFF: <u>MANDATE</u> from USCA dism appeal for want of prosecution (USCA-9/6/96 #96-4774) (EOD 10/1/96). Copy sent to Judge. | | | ep | |
| 1997 | | | | | |
| APR 23 | 190 A-BALTODANO: PETITION under 28 USC 2255 to vacate, set aside, or correct sent. | | | cb | |
| 23 | 191 A-GONZALEZ: PETITION under 28 USC 2255 to vacate, set aside, or correct sent. | | | | |
| MAY 07 | 192 A-GONZALEZ: ORDER (CHS-5/6/97) initial order of instructions to pro se litigant (EOD-5/9/97) | | | cb | |
| 07 | 193 A-GONZALEZ: ORDER (CHS-5/6/97) movant to resp regarding limitations period on or before 5/30/97. (EOD-5/9/97) | | | cb | |
| 07 | 194 A-GONZALEZ: ORDER (CHS-5/6/97) show cause 28 U.S.C. 2255 on or before 7/3/97. (EOD-5/9/97) | | | cb | |

CONTINUE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

91-374-CR

| DATE | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|---|
| 1997 | | | | | | | |
| MAY | 07 | 195 | A-BALTODANO: ORDER (CHS-5/6/97) initial order of instructions to pro se litigant. (EOD-5/9/97) | | | cb | |
| | 07 | 196 | A-BALTODANO: ORDER (CHS-5/6/97) movant to resp regarding limitations period on or before 5/30/97. (EOD-5/9/97) | | | cb | |
| | 07 | 197 | A-BALTODANO: ORDER (CHS-5/6/97) show cause 28 U.S.C. 2255 on or before 7/3/97. (EOD-5/9/97) | | | cb | |
| | 30 | 198 | A-BALTODANO: RESPONSE regarding limitations period. | | | cb | |
| | 30 | 199 | A-GONZALEZ: RESPONSE regarding limitations period. | | | | |
| | 30 | 200 | A-GONZALEZ: NOTICE of change of address. | | | cb | |
| | 30 | 201 | A-BALTODANO: NOTICE of change of address. | | | cb | |
| JUL | 03 | 202 | A-BALTODANO: MOTION for extension of time. | | | td | |
| JULY | 24 | 203 | A-GONZALEZ: ORDER(CHS 7/22/97) GRTING mot for extension of time to 8/18/97 (EOD 8/7/97) | | | go | |
| AUG | 27 | 204 | A-GONZALEZ: RESPONSe to petit mot for habeas corpus | | | go | |
| AUG | 27 | 205 | A-BALTODANO: RESPONSE to petit's mot for habeas corpus | | | go | |
| SEP | 2 | 206 | A-BALTODANO: ~~MOT for extension of time~~ ORDER (CHS 8/29/97) GRANTING pro tunc to 8/18/97 same date as response due in 97-1169 civ KLM responses are overdue (EOD 9/8/97) | | | go og | |
| *JULY | 3 | 207 | A-GONZALEZ: MOT for extension of timein which to file its response to petit mot to vacate | | | go | |

This Docket Sheet Has
Been Scanned as Docket
Entry No. 210.

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days